IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| PETER R. BRINCKERHOFF, TRUSTEE OF THE PETER R. BRINCKERHOFF REV. TR. U/A DTD 10/17/97, on behalf of all others similarly situated, | § § § § § § | No. 534, 2017 Court Below: Court of Chancery of the State of Delaware |
| Plaintiff Below, Appellant, | § § § | C.A. No. 2017-0313-JTL |
| v. | § § | |
| KINDER MORGAN, INC., KINDER MORGAN ENERGY PARTNERS, L.P., RICHARD KINDER, STEVEN J. KEAN, RONALD L. KUEHN, JR., ARTHUR C. REICHSTETTER, and WILLIAM A. SMITH, | § § § § § § § § | |
| Defendants Below, Appellees. | § § § | |

Submitted: June 6, 2018
Decided: June 8, 2018

Before **STRINE**, Chief Justice; **VALIHURA**, **VAUGHN**, and **TRAYNOR**, Justices; and **RENNIE**, Judge[1] constituting the Court *en Banc*.

# **O R D E R**

This 8th day of June 2018, we affirm the judgment of the Court of Chancery

on the basis of its order dated November 14, 2017.[2]

---

[1] Sitting by designation under Del. Const. art. IV § 12.
[2] *In re Brinckerhoff v. Kinder Morgan, Inc.*, 2017 WL 5483730 (Del.Ch. Nov. 14, 2017).

NOW, THEREFORE, IT IS ORDERED that the judgment of the Court of Chancery is hereby AFFIRMED.

BY THE COURT:

/s/ Leo E. Strine, Jr.

Chief Justice